```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X     Chapter 7

IN RE:                                 Case No.
                                       09-22328(RDD)
JOHN V.KELLEHER,

                Debtor.

---------------------------------X
```

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS


TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:


   JEFFREY L. SAPIR, trustee of the estate of the above

named debtor, reports that the following dividend(s) are

unclaimed over 90 days from the date of issuance:

   1.  Claim #7   GEICO
                  POB 5712
                  HICKSVILLE, N.Y. 11802     $24.17


A check to your order in the sum of $24.17 is enclosed representing the total of the aforesaid unclaimed dividend(s).

                    Respectfully submitted,

                    /s/ JEFFREY L. SAPIR
                       Jeffrey L. Sapir